■    In the Matter of RAUL LLORENTE et al., Petitioners, v NORMAN B. FITZER et al., Respondents. Application, pursuant to CPLR article 78 in the nature of mandamus, unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Markewich, J. P., Kupferman, Tilzer, Lane and Yesawich, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK ARBORE, Appellant.—Judgment, Supreme Court, Bronx County, rendered April 7, 1972, convicting defendant, after a nonjury trial, of criminal sale of a dangerous drug in the fourth degree, criminal possession of a dangerous drug in the fifth degree and criminal possession of a dangerous drug in the sixth degree, and sentencing him to a term of probation on all counts, unanimously modified, on the law, to the extent of reversing the convictions on the two counts of criminal possession of dangerous drugs and dismissing those counts of the indictment, and as so modified the judgment is affirmed. The dismissed counts of the indictment are inclusory concurrent counts of the crime of criminal sale of a dangerous drug (CPL 300.30, subd 4), and accordingly, must be dismissed. (CPL 300.40, subd 3, par [b]; *People v Pyles,* 44 AD2d 784.) Concur—Stevens, P. J., Markewich, Tilzer, Lane and Yesawich, JJ.

■    MADELYN MARSHAK, Respondent, v RICHARD MARSHAK, Appellant.—Order, Supreme Court, New York County, entered on September 30, 1974, unanimously modified, in the exercise of discretion, to reduce the award of temporary alimony to $500 per week and counsel fee to $5,000, the latter not to be deemed final but subject to application to be made to the court on conclusion of the trial, and otherwise affirmed, without costs and without disbursements. The circumstances disclosed, not having been developed to the extent available on trial, do not justify a temporary award greater than that here made. The parties would be well advised to proceed to trial without further delay. Concur—Stevens, P. J., Markewich, Lupiano, Capozzoli and Nunez, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINNIE JONES, Appellant.—Judgment of conviction, Supreme Court, Bronx County, rendered November 28, 1972, sentencing defendant-appellant to a term in prison of not less than 15 years nor more than life, unanimously affirmed. In affirming, we join counsel for both sides in their appeal for executive clemency. Defendant was no more than a "millhand" in the operation of a drug-packaging plant. Each of the other defendants similarly concerned pleaded guilty to a lesser charge and the sentence of each was tailored accordingly. No such option was available to the sentencing court because this defendant, who stood trial and was convicted of the Class A felony of possession of a large amount of heroin, was required to be sentenced as above stated (Penal Law, § 70.00, subd 2, par [a]; subd 3, par [a]). We regard this sentence as unduly harsh in these circumstances, but are powerless to disturb it. No other point raised is worthy of consideration. Concur—Stevens, P. J., Markewich, Kupferman, Murphy and Nunez, JJ.